UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
Kansas City Division

| | |
|---|---|
| Dylan Williams, individually and on Behalf of similarly situated individuals, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 4:20-cv-00691-HFS ) ) |
| Crossroads Courier, Inc., | ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Plaintiff has filed a Notice of Voluntary Dismissal Without Prejudice. (Doc. 11). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims in this action are dismissed without prejudice.

s/ HOWARD F. SACHS
Howard F. Sachs
United States District Judge

November 3, 2020
Kansas City, Missouri